


FILED

APR 30 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE GOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP<br>COMPREHENSIVE DISABILITY<br>BENEFITS PLAN, et al.,<br><br>    Defendants. | Case No. 2:09-CV-01075 JAM-GGH |
| BERNADETTE GOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP<br>COMPREHENSIVE DISABILITY<br>BENEFITS PLAN, et al.,<br><br>    Defendants. | RELATED CASE ORDER<br><br>Case No. 2:05-CV-01172 RRB-GGH |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

1

| | |
|---|---|
| 1 | the parties. |
| 2 | The parties should be aware that relating the cases under |
| 3 | Local Rule 83-123 merely has the result that these actions are |
| 4 | assigned to the same judge and magistrate judge; no consolidation |
| 5 | of the actions is effected. Under the regular practice of this |
| 6 | court, related cases are generally assigned to the judge and |
| 7 | magistrate judge to whom the first filed action was assigned. |
| 8 | However, because Judge Ralph R. Beistline was sitting by |
| 9 | designation in the Eastern District of California, this matter will |
| 10 | be assigned to Judge John A. Mendez. |
| 11 | IT IS THEREFORE ORDERED that the action denominated 2:05-CV- |
| 12 | 01172-RRB-GGH be reassigned to Judge John A. Mendez and Magistrate |
| 13 | Judge Gregory G. Hollows for all further proceedings, and any dates |
| 14 | currently set in this reassigned case only are hereby VACATED. |
| 15 | Henceforth, the caption on documents filed in the reassigned cases |
| 16 | shall be shown as 2:09-CV-01075-JAM-GGH. |
| 17 | IT IS FURTHER ORDERED that the Clerk of the Court make |
| 18 | appropriate adjustment in the assignment of civil cases to |
| 19 | compensate for this reassignment. |
| 20 | IT IS SO ORDERED. |
| 21 | Dated: April 29, 2009. |

JOHN A. MENDEZ
United States District Judge