1  JESSE S. KAPLAN   CSB# 103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   (916) 488-3030
3  (916) 489-9297

4  Attorney for Plaintiff
   BERNADETTE GOUGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| BERNADETTE GOUGH, | No.  2:09-cv-01075-JAM-GGH |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE MOTION AND HEARING DATES SO AS TO PERMIT ALTER- NATIVE DISPUTE RESOLUTION AND  ORDER |
| PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, PLAN ADMINIS- TRATOR OF PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, | |
| Defendants. | |

Plaintiff BERNADETTE GOUGH and defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN and its administrator agree to try to settle this action by private mediation and request the Court grant continuances of current dates as proposed below.

Briefly, this is an *ERISA* disability claim involving a long-time phone company employee who ceased working a number of years ago. Defendants, then possessed of different names, granted short-term disability benefits totaling a matter of months, terminating them before the potential short-term portion of the disability benefits plan was exhausted. Plaintiff had recourse to this court

1

in an earlier action before another judge, ultimately had to appeal to the Ninth Circuit, and there the parties reached an agreement whereby the matter would be resubmitted for administrative review on the disability merits by defendants. After a delay in deciding the resubmission, this complaint was filed, and thereafter defendants administratively redetermined the STD claim against plaintiff once again. Thereafter, this action went forward.

The parties wish to mediate plaintiff's entitlement to benefits under the plan and propose the following continuance of dates:

|  | **Current Date** | **New Date** |
|---|---|---|
| Discovery cutoff | December 31, 2011 | April 1, 2012 |
| Plaintiff's motion for summary judgment filed by | January 31, 2011 | April 30, 2012 |
| Defendants' opposition and cross-motion filed by | February 21, 2012 | May 21, 2012 |
| Plaintiff's reply and opposition filed by | March 6, 2012 | June 5, 2012 |
| Defendant's reply filed by | March 13, 2012 | June 12, 2012 |
| Hearing on cross-motions | March 21, 2012   9:30 a.m. | June 20, 2012 at 9:30 a.m. |

DATED:   December 11, 2011         /s/   Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
BERNADETTE GOUGH

DATED:   December 11, 2011         /s/   J. Michael Nave

J. MICHAEL NAVE
Attorney for Defendants
PACIFIC TELESIS GROUP
COMPREHENSIVE DISABILITY
BENEFITS PLAN, PLAN
ADMINISTRATOR OF PACIFIC
TELESIS GROUP COMPREHENSIVE
DISABILITY BENEFITS PLAN

2

**ORDER**

GOOD CAUSE APPEARING from the parties' stipulation to mediate this matter, IT IS HEREBY ORDERED that the foregoing dates be continued to the new ones as set forth above.

DATED: 12/12/2011

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3